B6F (Official Form 6F) (12/07)

In re **Serena DeSilva**,          Case No. **11-16263**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6741**<br><br>**Afni, Inc.**<br>**Attn: Bankruptcy**<br>**404 Brock Dr**<br>**Bloomington, IL 61701** | | - | **Opened 11/01/09**<br>**FactoringCompanyAccount Verizon Inc.** | | | | **291.00** |
| Account No. **xxxxxxx0067**<br><br>**American Collections E**<br>**205 S Whiting St Ste 500**<br>**Alexandria, VA 22304** | | - | **Opened 3/01/09**<br>**CollectionAttorney Loudoun Anesthesia Associates** | | | | **1,575.00** |
| Account No. **xxxxxxx1019**<br><br>**American Collections E**<br>**205 S Whiting St Ste 500**<br>**Alexandria, VA 22304** | | - | **Opened 4/01/09**<br>**CollectionAttorney Loudoun Anesthesia Associates** | | | | **750.00** |
| Account No. **xxxxxxx0089**<br><br>**American Collections E**<br>**205 S Whiting St Ste 500**<br>**Alexandria, VA 22304** | | - | **Opened 11/01/09**<br>**CollectionAttorney Loudoun Anesthesia Associates** | | | | **355.00** |

__2__ continuation sheets attached

Subtotal (Total of this page) **2,971.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Serena DeSilva**, Case No. **11-16263**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Chase Bak**<br>**PO box 15298**<br>**Wilmington, DE 19850** | | J | **06/01/2005**<br>**Credit Card** | | | | **1,646.00** |
| Account No.<br>**David Korrie**<br>**21229 Rosetta Place**<br>**Ashburn, VA 20147** | | - | **Unpaid rents** | | | | **4,064.28** |
| Account No.<br>**HSBC bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | J | **01/02/2006**<br>**Credit Card** | | | | **2,100.00** |
| Account No.<br>**HSBC bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | J | **03/03/2003**<br>**Credit Card** | | | | **1,800.00** |
| Account No.<br>**HsBC Orchard Bank**<br>**PO box 10497**<br>**Greenville, SC 29603** | | J | **01/01/2009**<br>**Credit Card** | | | | **2,000.00** |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,610.28**

B6F (Official Form 6F) (12/07) - Cont.

In re **Serena DeSilva**, Case No. **11-16263**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx7693** <br><br> **Lvnv Funding Llc** <br> **Po Box 740281** <br> **Houston, TX 77274** | | - | **Opened 1/01/09 Last Active 7/31/09** <br> **FactoringCompanyAccount ldt-Hsbcorchard Visa Platinum** | | | | **2,207.00** |
| Account No. **xxxxxxxxxxxx7219** <br><br> **Lvnv Funding Llc** <br> **Po Box 740281** <br> **Houston, TX 77274** | | - | **Opened 1/01/09** <br> **FactoringCompanyAccount ldt-Hsbcorchard Standard - Mcs** | | | | **1,961.00** |
| Account No. <br><br> **Orchard Bank** <br> **PO box 10497** <br> **Greenville, SC 29603** | | J | **Credit Card** | | | | **2,200.00** |
| Account No. <br><br> **Passero and Feeney** <br> **1430 Spring hill Road** <br> **Suite 101** <br> **Mclean, VA 22102** | | J | **06/15/2011** <br> **Personal Loan** | | | | **2,000.00** |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,368.00**

Total (Report on Summary of Schedules) **22,949.28**

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Serena DeSilva**  Case No. **11-16263**
Debtor(s)  Chapter **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: [ ] Soc. Sec. No. amended. **[If applicable: An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on ____.*]**
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- [ ] Schedule A - Real Property
- [ ] Schedule B - Personal Property
- [ ] Schedule C - Property Claimed as Exempt
- [x] **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - [x] **Creditor(s) added**    [ ] **Creditor(s) deleted**
  - [ ] **Change in amounts owed or classification of debt**
  - [ ] **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE**]
  - [ ] **Post-petition creditors added (Schedule of Unpaid Debts)**
  
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- [ ] Schedule G- Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

- [ ] Statement of Financial Affairs
- [ ] Chapter 7 Individual Debtor's Statement of Intention
- [ ] Chapter 11 List of Equity Security Holders
- [ ] Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- [ ] Disclosure of Compensation of Attorney for Debtor
- [ ] Other: ____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date: **August 25, 2011**

/s/ Katherine Martell
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: **77027**
Mailing Address: **Vienna Law Group PC**
**10615 Judicial Drive**
**Suite 101**
**Fairfax, VA 22030**
Telephone No.: **(703) 385-6868**

I, **Serena DeSilva** certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.

Date: **August 25, 2011**    /s/ Serena DeSilva

[amendcs ver. 10/2007]

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Serena DeSilva**  
Debtor(s)

Case No. **11-16263**  
Chapter **7**

**TO:**  
**David Korrie**  
**21229 Rosetta Place**  
**Ashburn, VA 20147**

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,  
☐ deleting you as a creditor,  
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Serena DeSilva**

Date: **August 25, 2011**    By **/s/ Katherine Martell**  
Attorney for Debtor [or *Pro Se* Debtor]  
State Bar No.: **77027**  
Address: **Vienna Law Group PC**  
**10615 Judicial Drive**  
**Suite 101**  
**Fairfax, VA 22030**  
Telephone No.: **(703) 385-6868**

## CERTIFICATION

I certify that on **August 25, 2011**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

**/s/ Katherine Martell**  
**Katherine Martell 77027**  
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]